UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM AND PATRICIA KEES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:02-CV-2 |
| | ) (Phillips) |
| CELTIC INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for summary judgment filed by defendant [Doc. 18] is **GRANTED,** and this action is **DISMISSED.** The final pretrial conference scheduled for March 8, 2005 and the trial on March 15, 2006, are hereby **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

  s/ Thomas W. Phillips
United States District Judge